UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Lawrence Fyhrie, et al.,

Plaintiffs,

vs. ORDER OF RECUSAL

Fleet Mortgage Corp.,
Sued as Fleet Mortgage
Corporation, a South
Caroline corporation,
et al.,

Defendants. Civ. No. 01-643(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of April, 2001.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Franklin L. Noel for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER CIVIL 01-643 RHK/AJB

Use this case number for all further filings.