IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lawrence Fyhrie, et. al. Plaintiffs, vs. Fleet Mortgage Corporation, et. al. Defendants. | Case No. 01-CV-643 RHK/RLE |

**JOINT STIPULATION AND ORDER**

Whereas, Plaintiffs filed the action captioned Fyhrie v. Fleet Mortgage Corp., No. CX-01-438, in the District Court, Seventh Judicial District, County of Otter Tail, Minnesota on March 16, 2001;

Whereas, Defendant Fleet Mortgage Corporation ("Fleet") is filing a Notice of Removal of the action simultaneous with the filing of this Joint Stipulation;

Whereas, Plaintiffs intend to file a motion for remand; and

Whereas, counsel for the parties agree that it is appropriate for Fleet to answer, move to dismiss, or otherwise respond in the action subsequent to the Court's ruling on the motion to remand, and determination as to which court shall adjudicate that motion;

IT IS HEREBY STIPULATED AND AGREED that the time for Fleet to answer, move to dismiss, or otherwise respond in this action shall be extended until ten (10) days after the Court's ruling on Plaintiffs' motion to remand in this action.

1274156.1

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: April 10, 2001

FOR THE PLAINTIFFS

Richard A. Lockridge, Minn. Bar No. 64117
Robert K. Shelquist, Minn. Bar No. 21310X
Lockridge Rindel Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900

Dated: 4/10/01

FOR THE DEFENDANT FLEET MORTGAGE CORPORATION

Alan H. Maclin, Minn. Bar No. 66102
Lisa Agrimonti, Minn. Bar No. 272474
Briggs and Morgan, P.A.
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 223-6600

Andrew L. Sandler
Benjamin B. Klubes
Gary DiBianco
Skadden, Arps, Slate
Meagher & Flom, LLP
1440 New York Avenue N.W.
Washington, DC 20005
(202) 371-7000

IT IS SO ORDERED

Dated: 5/7/01

United States Judge