1376.75

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-643 RHK/RLE Case Title: Fyhrie v. Fleet Mortgage Corp.

## Affidavit of Alan H. Maclin

I, Alan H. Maclin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Amy Sabrin, an attorney admitted to practice in the District of Columbia and the State of Maryland, the United States District Court for the District of Columbia, the United States Courts of Appeals for the District of Columbia Circuit, the Fourth Circuit, Eighth Circuit, Tenth Circuit and the Supreme Court of the United States, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Fleet Mortgage Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 66102 | 5-11-01 |

## Affidavit of Proposed Admittee

I, Amy Sabrin, am currently a member in good standing of the U.S. District Court for the District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Amy Sabrin | [signature] | May 9, 2001 |

Attorney License Number: D.C. Bar No: 409721

Law Firm Name & Address: Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, N.W., Washington, D.C. 20005-2111

Telephone: (202) 371-7000

Motion Granted: [signature: Francis E. Dosal]
For the Court: Francis E. Dosal, Clerk

MAY 14 2001
Date

MAY 14 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK