137675

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-643 RHK/RLE Case Title: Fyhrie v. Fleet Mortgage Corp.

## Affidavit of Alan H. Maclin

I, Alan H. Maclin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gary DiBianco, an attorney admitted to practice in the District of Columbia and the State of New York, the United States District Courts for the District of Columbia and the District of Puerto Rico, and the United States Courts of Appeals for the District of Columbia Circuit and the Fourth Circuit, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (x)defendant Fleet Mortgage Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 66102 5-11-01
Signature MN Attorney License # Date

## Affidavit of Proposed Admittee

I, Gary DiBianco, am currently a member in good standing of the U.S. District Courts for the District of Columbia and the District of Puerto Rico, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Gary DiBianco [signature] 5/8/01
Type/Print Name Signature Date

Attorney License Number: D.C. Bar No: 458669

Law Firm Name & Address: Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, N.W., Washington, D.C. 20005-2111

Telephone: (202) 371-7000

Motion Granted: [signature] MAY 14 2001
For the Court: Francis E. Dosal, Clerk Date

FILED MAY 14 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______