137675

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-643 RHK/RLE Case Title: Fyhrie v. Fleet Mortgage Corp.

## Affidavit of Alan H. Maclin

I, Alan H. Maclin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Andrew Sandler, an attorney admitted to practice in the State of Maryland, State of Pennsylvania, the District of Columbia, the United States District Courts for the District of Columbia and the District of Maryland, the United States Courts of Appeals for the District of Columbia Circuit, and the United States Supreme Court, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (x)defendant Fleet Mortgage Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 66102 Date: 5-11-01

## Affidavit of Proposed Admittee

I, Andrew Sandler, am currently a member in good standing of the U.S. District Courts for the District of Columbia and the District of Maryland, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Andrew Sandler Signature: [signature] Date: 5/9/01

Attorney License Number: D.C. Bar No: 387825

Law Firm Name & Address: Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, N.W., Washington, D.C. 20005-2111

Telephone: (202) 371-7000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: MAY 14 2001

FILED MAY 14 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK