# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lawrence Fyhrie, Carolyn Fyhrie, Todd Fyhrie and Troy Fyhrie, on their own and on behalf of all others similarly situated

Case No. Civil 01-643RHK/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Fleet Mortgage Corporation and John Does 1-12

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion to remand is **GRANTED** and this action is remanded to Otter Tail County District Court.

DATE: July 9, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk